1  Kenneth C. Ward (Bar No. 63131)
   kcward@archernorris.com
2  Matthew Barnette (Bar No. 264954)
   mbarnette@archernorris.com
3  ARCHER NORRIS
   2033 North Main Street, Suite 800
4  Walnut Creek, CA  94596-3759
   Telephone:    925.930.6600
5  Facsimile:     925.930.6620

6  Barry B. Sutton, pro hac vice admission
   Stephanie M. Anderson, pro hac vice admission
7  CLARK HILL PLC
   500 Woodward Ave., Suite 3500
8  Detroit, Michigan  48226
   313.965.8802
9  313.309.6922 – Fax
   bsutton@clarkhill.com
10 sanderson@clarkhill.com

11 Attorneys for Defendants
   EASTMAN OUTDOORS, INC.,
12 BASS PRO OUTDOOR WORLD, LLC,
   BPS DIRECT, LLC, AND EASTMAN
13 INTERNATIONAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY STRANGE, <br><br> Plaintiff, <br><br> vs. <br><br> EASTMAN OUTDOORS, INC., <br> BASS PRO SHOPS,  BPS DIRECT, LLC. <br> EASTMAN INTERNATIONAL, <br> BEAR ARCHERY, INC. <br><br> Defendants. | Case No.: 14-cv-1735-JAM-DAD |

**AMENDED STIPULATION TO EXTEND SCHEDULING ORDER DATES**

203203910.1 36365/152142

The parties, Terry Strange, Eastman Outdoors, Inc., Bass Pro Shops, BPS Direct, LLC, Eastman International, and Bear Archery, Inc., upon stipulation of the parties as endorsed hereon, hereby stipulate that dates be extended.  The reason for an extension is as follows:

1. All parties have agreed to mediate the case.

2. Mediation has been set for November 2, 2015 with Mediator Russ Wunderli.

3. This was the first available date for the parties and mediator.

4. The parties would like to avoid costs of motion practices if the case can resolve.

The new proposed dates are:

|  | Current Dates | **Amended Dates** |
|---|---|---|
| Dispositive Motion Deadline | September 23, 2015 | **December 29, 2015** |
| Dispositive Motion Hearing | October 21, 2015 | **January 26, 2016 at 1:30 pm** |
| Joint Pretrial Statement Due | October 30, 2015 | **March 4, 2016** |
| Pretrial Conference | November 6, 2015 | **March 11, 2016  at 11:00 am** |
| Jury Trial | December 14, 2015 | **April 18, 2016 at 9:00 am** |

Respectfully submitted this 18th day of August, 2015.

Law Office of Randy E. Thomas                    Clark Hill PLC

By: /s/Randy E. Thomas                           By: /s/Barry B. Sutton
    Randy E. Thomas                                  Barry B. Sutton, *pro hac vice*
    18826 N. Lower Sacramento Road, Suite G          Stephanie M. Anderson, *pro hac vice*
    P.O. Box 717                                     500 Woodward Ave., Suite 3500
    Woodbridge, CA 95258                             Detroit, Michigan  48226
    WOODBRIDGELAW77@yahoo.com                        313.965.8802
                                                     313.309.6922 – Fax
*Attorneys for Plaintiff*                            bsutton@clarkhill.com
                                                     sanderson@clarkhill.com

1
2  Jacobson Markham, L.L.P.                          Archer Norris, PLC
                                                    Matthew D. Barnette
3                                                   2033 North Main Street, Suite 800
   By: /s/Richard M. Jacobson                       Walnut Creek, CA 94596
4      Richard M. Jacobson – State Bar No. 114520   925-930-6600
       Ramin Naderi – State Bar No. 265932          mbarnette@archernorris.com
5      8950 Cal Center Drive, Suite 210
       Sacramento, CA 95826
6      Tel: 916.854.5969                            *Attorneys for Defendant Eastman Outdoors,*
7      Fax: 916.854.5965                            *Inc., Bass Pro Outdoor World, LLC*
       rmjacobson@jacobsonmarkham.com               *(incorrectly identified as "Bass Pro Shops" in*
8                                                   *the Complaint), BPS Direct, LLC, and*
   *Attorneys for Defendant*                        *Eastman International*
9  *Bear Archery, Inc.*

10

11

12

13
                         **CERTIFICATE OF SERVICE**
14
        The undersigned hereby certifies that on the 18th day of August, 2015, I electronically
15 filed the foregoing Amended Stipulation and proposed Order to Extend Scheduling Order Dates
   with the clerk of the Court using the CM/ECF system, which will automatically send e-mail
16 notification of such filing to the following attorneys of record:

17
   Randy E. Thomas                                  Richard M. Jacobson – State Bar No. 114520
18 Attorney for Plaintiff                           Ramin Naderi – State Bar No. 265932
   Law Office of Randy E. Thomas                    Attorneys for Defendant Bear Archery, Inc.
19 18826 N. Lower Sacramento Road, Suite G          JACOBSON MARKHAM, L.L.P.
                                                    8950 Cal Center Drive, Suite 210
20 P.O. Box 717                                     Sacramento, CA 95826
   Woodbridge, CA 95258                             Tel: 916.854.5969
21 WOODBRIDGELAW77@yahoo.com                        Fax: 916.854.5965
                                                    rmjacobson@jacobsonmarkham.com
22

23

24                                                  /s/ Pam Fantazian
                                                    Pam Fantazian
25

26

27

28

203203910.1 36365/152142

Kenneth C. Ward (Bar No. 63131)
kcward@archernorris.com
Matthew Barnette (Bar No. 264954)
mbarnette@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:   925.930.6600
Facsimile:    925.930.6620

Barry B. Sutton, pro hac vice admission
Stephanie M. Anderson, pro hac vice admission
CLARK HILL PLC
500 Woodward Ave., Suite 3500
Detroit, Michigan  48226
313.965.8802
313.309.6922 – Fax
bsutton@clarkhill.com
sanderson@clarkhill.com

Attorneys for Defendants
EASTMAN OUTDOORS, INC.,
BASS PRO OUTDOOR WORLD, LLC,
BPS DIRECT, LLC, AND EASTMAN
INTERNATIONAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY STRANGE,<br><br>    Plaintiff,<br><br>vs.<br><br>EASTMAN OUTDOORS, INC.,<br>BASS PRO SHOPS,  BPS DIRECT, LLC.<br>EASTMAN INTERNATIONAL,<br>BEAR ARCHERY, INC.<br><br>    Defendants. | Case No.: 14-cv-1735-JAM-DAD |

**<u>AMENDED ORDER TO EXTEND SCHEDULING ORDER DATES</u>**

203203910.1 36365/152142

Upon stipulation of the parties, Terry Strange, Eastman Outdoors, Inc., Bass Pro Shops, BPS Direct, LLC, Eastman International and Bear Archery, Inc., the parties have agreed to extend scheduling order dates.

Therefore, it is hereby ordered that the scheduling order dates are amended and the following schedule controls the progress of this case:

|  | Current Dates | **Amended Dates** |
|---|---|---|
| Dispositive Motion Deadline | September 23, 2015 | **December 29, 2015** |
| Dispositive Motion Hearing | October 21, 2015 | **January 26, 2016 at 1:30 pm** |
| Joint Pretrial Statement Due | October 30, 2015 | **March 4, 2016** |
| Pretrial Conference | November 6, 2015 | **March 11, 2016 at 11:00 am** |
| Jury Trial | December 14, 2015 | **April 18, 2016 at 9:00 am** |

DATED: 8/18/2015

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

203203910.1 36365/152142